Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendant CITY OF FREMONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH,<br><br>           Plaintiff,<br>    vs.<br><br>CITY OF FREMONT, et al.,<br><br>           Defendants. | Case No.:  CV09-4181 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

   IT IS HEREBY STIPULATED by the parties hereto, Defendant CITY OF FREMONT through its attorneys of record and plaintiff MARK OTTOVICH through his attorney of record Craig H. Mar, that defendant's Motion to Dismiss plaintiff's Complaint, currently set for December 4, 2009 be continued to December 18, 2009.  The time line for plaintiff's opposition brief and defendant's reply brief to be adjusted accordingly.  Good cause exists for this continuance in that counsel for defendant City of Fremont, Gregory M. Fox, has a prior motion to dismiss in another matter

///

///

scheduled for this same time on December 4, 2009 in the federal courthouse located in San Jose.

Dated: November 12, 2009        BERTRAND, FOX & ELLIOT

                                By: _____/s/_____
                                    Gregory M. Fox
                                    Arlene C. Helfrich
                                    Attorneys for Defendant CITY OF FREMONT

Dated: November 12, 2009

                                By: _____/s/_____
                                    Craig H. Mar
                                    Attorney for Plaintiff MARK OTTOVICH

**ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.

Dated: ___November 16___, 2009

                                _____
                                Honorable Maxine M. Chesney
                                UNITED STATES DISTRICT COURT JUDGE

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: November 12, 2009           _____/s/_____
                                    Gregory M. Fox

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS
AND INITIAL CASE MANAGEMENT CONFERENCE