Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendant CITY OF FREMONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CITY OF FREMONT, et al.,<br><br>　　　　　Defendants. | Case No.: CV09-4181 MMC<br><br>**STIPULATION TO CONTINUE DATE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by the parties hereto that the date for Defendant CITY OF FREMONT's response to plaintiff's SECONDED AMENDED COMPLAINT be extended 10 calendar days or until and including February 1, 2010. Good cause exists for this continuance in that counsel for defendant City of Fremont, Gregory M. Fox, is in trial preparation and needs the additional ten days to review the amended complaint and prepare a response.

Dated: January 13, 2010　　　　　　　　BERTRAND, FOX & ELLIOT


By: _____/s/_____
　　Gregory M. Fox
　　Arlene C. Helfrich
　　Attorneys for Defendant CITY OF FREMONT

Dated: January 13, 2010

By: _____/s/_____
    Craig H. Mar
    Attorney for Plaintiff MARK OTTOVICH

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: January 13, 2010                    _____/s/_____
                                           Gregory M. Fox

**ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.

Dated: January 15, 2010

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE