Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendant CITY OF FREMONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH,<br><br>　　　　Plaintiff,<br>vs.<br>CITY OF FREMONT, et al.,<br><br>　　　　Defendants. | Case No.:  CV09-4181 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by the parties hereto, defendant CITY OF FREMONT and plaintiff MARK OTTOVICH, by and through their attorneys of record, that the initial Case Management Conference be continued from its current date of April 30, 2010 to the date of May 7, 2010 at 10:30 a.m., with the dates for submission of the joint Case Management Conference Statement and Rule 26 disclosures to be adjusted accordingly. Good cause exists for this continuance in that defendant's counsel, Gregory Fox, has a motion for summary judgment set in Contra Costa County Superior Court for the morning of the April 30, 2010 that includes multiple parties in a different matter, *Sanchez v City of Antioch*.

Said motion was specially set by the Contra Costa County Superior Court on its own motion.

Dated: February 28, 2010                BERTRAND, FOX & ELLIOT

                              By: _____/s/_____
                                   Gregory M. Fox
                                   Arlene C. Helfrich
                                   Attorneys for Defendant CITY OF FREMONT

Dated: February 22, 2010

                              By: _____/s/_____
                                   Craig H. Mar
                                   Attorney for Plaintiff MARK OTTOVICH

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: February 28, 2010                _____/s/_____
                                        Gregory M. Fox

## **ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.

Dated: __March 9_____, 2010

                              _____
                              Honorable Maxine M. Chesney
                              UNITED STATES DISTRICT COURT JUDGE