1  Gregory M. Fox, State Bar No. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:     (415) 353-0999
   Facsimile:     (415) 353-0990
5
   Harvey E. Levine, Esq., State Bar No. 61880
6  City Attorney City of Fremont
   3300 Capitol Avenue
7  PO Box 5006
   Fremont, CA 94537-5006
8  Telephone: (510) 284-4030
   Facsimile: (610) 284-4031
9
   Attorneys for Defendant CITY OF FREMONT
10 KEITH FARMER, KENNETH HEININGE,
   MARK DANG, RICARDO CORTES, WILLIAM SETTLE.
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

16 MARK OTTOVICH AND HARVEY          Case No.:  CV09-4181 MMC
   OTTOVICH,
17                                   **STIPULATION AND [PROPOSED] ORDER
              Plaintiffs,            TO CONTINUE CASE MANAGEMENT
18       vs.                         CONFERENCE**

19 CITY OF FREMONT, et al.,

20            Defendants.

21

22      IT IS HEREBY STIPULATED by the parties hereto, defendant CITY OF FREMONT and its

23 individual defendant officers and plaintiffs MARK and HARVEY OTTOVICH,  by and through their

24 attorneys of record, that the initial Case Management Conference be continued from its current date

25 of May 7, 2010 at 10:30 a.m., to Friday June 25, 2010  at 10:30 am  with the dates for submission of

26 the joint Case Management Conference Statement and Rule 26 disclosures to be adjusted accordingly

27 to Friday June 18th, 2010.

28      Good cause exists for this continuance in that defendant City of Fremont's counsel, Gregory

Fox, has filed a motion to dismiss the Third Amended Complaint in the above captioned matter on behalf of the City of Fremont and said motion is scheduled for a hearing on Friday June 4, 2010.

In addition the Third Amended Complaint continues to name as individual defendants the Veterans Administration Palo Alto Health Care System and Veterans Administration Palo Alto Health Care Systems Employee Joanie Drobrick Patient Advocate.  On information and belief the Assistant United States Attorney who will represent these defendants has informed Mr. Fox that her clients have not seen served as of today's date and thus the case is not at-issue and it would be premature to hold a case management conference until all parties named in the Third Amended Complaint have answered and appeared in this action.

Respectfully submitted.

Dated:  April 28, 2010                       BERTRAND, FOX & ELLIOT

                                    By: _____/s/_____
                                          Gregory M. Fox
                                          Attorneys for Defendant CITY OF FREMONT

Dated:  April 28, 2010

                                    By: _____/s/_____
                                          Craig H. Mar
                                          Attorney for Plaintiff MARK, HARVEY  OTTOVICH

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: April 28, 2010                         /s/_____
                                          Gregory M. Fox

**ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.

Dated: __April 29, 2010____, 2010

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE