```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
Veterans Administration Palo Alto Health Care System
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OTTOVICH, HARVEY OTTOVICH, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF FREMONT, et al.,<br><br>    Defendants. | No. C 09-4181 MMC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING ~~VACATING~~ CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Pursuant to Civil Local Rule 6-1, the parties to this action, through their counsel of record, hereby stipulate that defendant Veterans Administration Palo Alto Health Care System ("VAPAHCS") may have an extension of time to and including July 16, 2010, to answer, move, or otherwise respond to the complaint.

Counsel for VAPAHCS has advised plaintiffs' counsel that VAPAHCS anticipates filing a motion to dismiss for hearing on August 20, 2010. Counsel for VAPAHCS is informed and believes that individually named defendant "Veterans Administration Palo Alto Health Care System Employee Joanie Drobrick Patient Advocate" ("Drobrick") has not yet been properly served. Counsel for VAPAHCS does not yet officially represent Drobrick, but counsel

//

for VAPAHCS anticipates that the motion to dismiss filed on behalf of VAPAHCS will also address the claims against Drobrick.

This case is currently scheduled for a case management conference on June 25, 2010. Because of the anticipated motion to dismiss, and because counsel for VAPAHCS will be on vacation on June 25, 2010, the parties hereby STIPULATE AND REQUEST that the currently scheduled case management conference, as well as the related deadlines relating to alternative dispute resolution and Rule 26 disclosures, be vacated and that the Court set a new schedule for those matters after ruling on VAPAHCS's motion to dismiss.

Respectfully submitted,

DATED: June 8, 2010         JOSEPH P. RUSSONIELLO
                            United States Attorney

                            /s/  Claire T. Cormier
                            _____
                            CLAIRE T. CORMIER[1]
                            Assistant United States Attorney

DATED: June 7, 2010         /s/  Craig H. Mar
                            _____
                            CRAIG H. MAR
                            Attorney for Plaintiffs

DATED: June 7, 2010         BERTRAND, FOX & ELLIOT

                            /s/ Gregory M. Fox
                            _____
                            GREGORY M. FOX
                            Attorneys for Defendant CITY OF FREMONT

## [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that defendant Veterans Administration Palo Alto Health Care System ("VAPAHCS") shall have an extension of time to and including July 16, 2010 to answer, move, or otherwise respond to the third amended complaint in this action.

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION EXTENDING TIME RE COMPLAINT RESPONSE AND CMC
Case No.  C 09-4181 MMC                    2

1  IT IS FURTHER ORDERED that the case management conference, previously
2  scheduled for June 25, 2010, ~~and related deadlines are hereby VACATED. The Court will~~ is CONTINUED to October 8, 2010. All related dates are
3  ~~issue an order rescheduling the case management conference after the hearing on VAPAHCS's~~
4  ~~anticipated motion to dismiss.~~   CONTINUED accordingly.
5  IT IS SO ORDERED.

7  DATE: _June 10, 2010_____       _____
8                                         MAXINE M. CHESNEY
                                          United States District Court Judge

STIPULATION EXTENDING TIME RE COMPLAINT RESPONSE AND CMC
Case No.  C 09-4181 MMC                -3-