JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
Veterans Administration Palo Alto Health Care System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OTTOVICH, HARVEY OTTOVICH, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FREMONT, et al., <br><br> Defendants. | No. C 09-4181 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS |

    Pursuant to Civil Local Rules 6-1 and 7-7 and the Court's Standing Orders for Civil Cases, the parties to this action, through their counsel of record, hereby stipulate and request that the hearing date for the motion to dismiss filed by defendants Veterans Administration Palo Alto Health Care System and United States of America (collectively "Federal Defendants") be continued from August 20, 2010 to September 3, 2010.

    Plaintiffs' opposition to the Federal Defendants' motion was due on July 30, 2010. On the afternoon of August 4, 2010, plaintiff's counsel sent an e-mail to Federal Defendants' counsel apologizing for missing the deadline, stating that he had just gotten out of trial, and requesting additional time to file the opposition. Federal Defendants' counsel agreed to allow more time if the hearing date was continued to Friday, September 3, 2010. Federal Defendants'

counsel is currently scheduled to be in court in the San Jose Division of this Court on Friday, August 27, so a one week extension in the hearing date is not workable.

                                      Respectfully submitted,

DATED: August 6, 2010          JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

DATED: August 5, 2010          /s/ Craig H. Mar
_____
CRAIG H. MAR
Attorney for Plaintiffs

### **[PROPOSED]** ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the hearing date for the motion to dismiss filed by the Federal Defendants is continued to September 3, 2010 at 9:00 a.m. Any opposition to the motion is now due 21 days before the hearing, and the optional reply is due 14 days before the hearing.

IT IS SO ORDERED.

DATE: __August 6, 2010_____  _____
MAXINE M. CHESNEY
United States District Court Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION CONTINUING MOTION HEARING DATE
Case No.  C 09-4181 MMC          2