IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH,

    Plaintiff,

  v.

CITY OF FREMONT, et al.

    Defendants.
                                         /

No. C-09-4181 MMC

**ORDER DIRECTING CLERK OF COURT TO REMOVE NORMAN CHARLES NEWHOUSE AS COUNSEL OF RECORD**

      Norman Charles Newhouse, having been suspended by the State Bar of California and having been removed from the roll of attorneys authorized to practice before this Court see In re Newhouse, No. CV 10 80018 MISC VRW (N.D. Cal. Mar. 23, 2010), and, further, having been ordered to close his ECF account, see Ottovich v. Chase Home Finance, LLC, No. C 10-02842 WHA (N.D. Cal. Nov. 19, 2010), the Clerk of the Court is hereby DIRECTED to remove Norman Charles Newhouse as counsel of record for plaintiff in the above-titled case.

      **IT IS SO ORDERED.**

Dated: November 22, 2010

MAXINE M. CHESNEY
United States District Judge