IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF FREMONT, et al.<br><br>    Defendants. | No. C-09-4181 MMC<br><br>**ORDER STRIKING NOTICE OF SUBSTITUTION OF ATTORNEY** |

      Before the Court is plaintiff Mark Ottovich's notice of substitution of attorney, filed January 17, 2011, by which Ottovich seeks to substitute, as his counsel of record, Norman Charles Newhouse in place of Craig Mar. The Court previously removed Newhouse as Ottovich's counsel of record, on the ground that Newhouse had been removed from the roll of attorneys authorized to practice in this district. (See Order Directing Clerk of Court to Remove Norman Charles Newhouse as Counsel of Record, Nov. 22, 2010); see also In re Newhouse, No. CV 10 80018 MISC VRW (N.D. Cal. Mar. 23, 2010) (removing Newhouse from roll of attorneys). As no petition for reinstatement has been made to the Clerk, as required by Civil Local Rule 11-7(b)(4), Ottovich's notice is hereby STRICKEN. Craig Mar shall remain as Ottovich's counsel of record until such time as the Court permits his withdrawal pursuant to Civil Local Rule 11-5.

    **IT IS SO ORDERED.**

Dated: January 20, 2010

                                                   MAXINE M. CHESNEY
                                                 United States District Judge