UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH, et al., | |
|     Plaintiff, | No. C 09-4181-MMC (EDL) |
|     v. | ORDER ALLOWING APPEARANCE BY TELEPHONE AT FEBRUARY 24, 2011 SETTLEMENT CONFERENCE |
| CITY OF FREMONT, et al., | |
|     Defendants._____/ | |

Pursuant to the request of counsel for the individual defendant officers, and good cause appearing, former Sergeant Kenneth Heininge may attend the settlement conference on February 24, 2011 by telephone. Sergeant Kenneth Heininge must be available for the duration of the conference. Ricardo Cortes is excused from personally attending the first two hours of the settlement conference, but shall be available by phone during this period to be contacted if necessary. He shall personally attend the conference as soon as possible after the conclusion of his appointment. If the Court concludes that the absence of any party is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: February 15, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge