1  Gregory M. Fox, State Bar No. 070876
2  Arlene C. Helfrich, State Bar No. 096461
   BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone:    (415) 353-0999
5  Facsimile:    (415) 353-0990

6  Harvey E. Levine, Esq., State Bar No. 61880
   City Attorney City of Fremont
7  3300 Capitol Avenue
   PO Box 5006
8  Fremont, CA 94537-5006
   Telephone: (510) 284-4030
9  Facsimile: (610) 284-4031

10 Attorneys for Defendant CITY OF FREMONT

11
                    **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

| MARK OTTOVICH, HARVEY OTTOVICH, individuals, | Case No: CV 09-4181 MMC |
|---|---|
| Plaintiffs, | **STIPULATION OF THE PARTIES TO CONTINUE FEBRUARY 24, 2011 SETTLEMENT CONFERENCE TO ALLOW TIME FOR NEW COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER** |
| v. | |
| CITY OF FREMONT POLICE OFFICERS, RICARDO CORTES AS DOE 1, SARGEANT HEININGE AS DOE 2, OFFICER SETTLE AS DOE 3, OFFICER DANG AS DOE 4, OFFICER FARMER AS DOE 5, VETERANS ADMINISTRATION PALO ALTO HEALTH CARE SYSTEM AS DOE 6, VETERANS ADMINISTRATION PALO ALTO HEALTH CARE SYSTEM EMPLOYEE JOANIE DROBRICK PATIENT ADVOCATE AS DOE 7, DOES 8 THROUGH 25. | |
| Defendants. | |

**STIPULATION OF PARTIES TO CONTINUE FEBRUARY 24, 2011 SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

Page **1** of **3**

1.      On or about January 17, 2011 attorney Norman Newhouse substituted in as attorney of record for Mark Ottovich in the above captioned action.

2.      On or about January 20, 2011 the Hon. Maxine Chesney, District Court Judge, struck Newhouse's substitution of attorney.  Newhouse had not yet filed a petition with the Clerk of Court seeking reinstatement. Judge Chesney also ordered that Craig Mar was to remain as Mark Ottovich's attorney.

3.      On or about January 20, 2011, Newhouse submitted to the Clerk of Court his petition seeking reinstatement. Newhouse has not yet received a response to his petition from the Clerk of Court.

4.      The parties request that the settlement conference scheduled for 9:30 AM, February 24, 2011 before Magistrate Judge Elizabeth Laporte be continued to a later date when Mark Ottovich is represented by an attorney of his choice.  This would allow the new attorney for Mr. Ottovich to be fully prepared and avoid any unnecessary waste of time for the parties and the Magistrate Judge.

5.      The parties agree that they will contact by joint letter  Magistrate Judge Laporte following Judge Chesney's order on Newhouse's petition for reinstatement to inform her about the decision and status of new counsel for Mr. Ottovich.   The parties will efile the joint letter within 7 days of receipt of the decision on the Petition for Reinstatement.  The parties will also meet and confer about a mutually convenient date and time for the new settlement conference and will so inform Magistrate Judge  Laporte  and cooperate fully with the Court on rescheduling the  settlement conference.

SO STIPULATED:

Date: February 18, 2011

                                                                    /s/
                                                Craig Mar, Attorney for Plaintiff Mark Ottovich

**STIPULATION OF PARTIES TO CONTINUE FEBRUARY 24, 2011 SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

Date: February 18, 2011

                                                         /s/
                                   Gregory Fox, Attorney for Defendants

ATTORNEY ATTESTATION

I hereby attest that I have authorization from Mr. Mar to efile this stipulation and proposed order and this authority is reflected by conformed signature ("/s/") within this E-filed document.

Dated: February 18, 2011                   /s/
                                       Gregory M. Fox

GOOD CAUSE APPEARING THE STIPULATION IS SO ORDERED.

Date: February __18__, 2011

                                   Elizabeth Laporte
                                   United States Magistrate Judge