IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH, et al.,

    Plaintiffs,

v.

CITY OF FREMONT, et al.,

    Defendants

No. C-09-4181 MMC

**ORDER DIRECTING PLAINTIFFS' COUNSEL TO SERVE NOTICE OF WITHDRAWAL**

    The Court is in receipt of the notice of withdrawal filed November 8, 2011 by Craig H. Mar, counsel of record for plaintiffs Mark Ottovich and Harvey Ottovich in the above-titled action.

    The proof of service attached thereto makes no reference to service of said notice on either plaintiff.  Pursuant to the Civil Local Rules of this district, "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." See Civil L.R. 11-5(a).

    Accordingly, Craig H. Mar is hereby ORDERED to serve, upon each plaintiff, the above-referenced notice, such service to be made by mail with proof of service filed no

//

//

1  later than November 30, 2011.  Upon receipt of said proof of service, the Court will
2  determine whether to allow the requested withdrawal.
3  **IT IS SO ORDERED.**
4
5  Dated: November 17, 2011
   MAXINE M. CHESNEY
6  United States District Judge

2