IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH, et al.,

    Plaintiffs,

  v.

CITY OF FREMONT, et al.,

    Defendants

No. C 09-4181 MMC

**SECOND ORDER DIRECTING PLAINTIFFS' COUNSEL TO SERVE PLAINTIFFS**

Before the Court is the Motion to Withdraw as Attorney of Record, filed November 18, 2011 by Craig H. Mar ("Mar"), counsel for plaintiffs Mark Ottovich and Harvey Ottovich in the above-titled action.[1]

By order filed November 17, 2011, the Court directed Mar to serve upon each said plaintiff a copy of Mar's earlier-filed Notice of Withdrawal, with proof of such service to be filed no later than November 30, 2011.

To date no proof of service has been filed as to either the above-referenced motion or the above-referenced notice.

//

//

---

[1] Although the caption of the motion references "Case No: 3:10-cv-02842-JCS," which case is assigned to the Honorable William H. Alsup, the motion was filed only in Case No. C 09-4181 MMC.

Accordingly, Mar is hereby DIRECTED:

1. to serve Mark Ottovich and Harvey Ottovich with a copy of <u>both</u> his Notice of Withdrawal and his Motion to Withdraw as Counsel of Record, such service to be by mail sent to the current address for each said plaintiff;

2. to serve Mark Ottovich and Harvey Ottovich with a copy of this order at the same time and in the same manner as above;

3. to file proof of such service no later than December 9, 2011; and

4. to include with the proof of service the current address and, if available, telephone number for each said plaintiff.

**IT IS SO ORDERED.**

Dated: December 1, 2011

MAXINE M. CHESNEY
United States District Judge

2