IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH, et al.,

    Plaintiffs,

v.

CITY OF FREMONT, et al.,

    Defendants

No. C 09-4181 MMC

**ORDER GRANTING MOTION TO WITHDRAW; VACATING HEARING; DIRECTIONS TO CLERK**

Before the Court is the Motion to Withdraw as Attorney of Record, filed November 18, 2011 by Craig H. Mar ("Mar"), counsel for plaintiffs Mark Ottovich and Harvey Ottovich in the above-titled action.[1] No opposition has been filed. Having read and considered the Motion to Withdraw, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for December 23, 2011, and rules as follows.

1. Good cause having been shown, the Court hereby GRANTS Mar's Motion to Withdraw. The Clerk is hereby DIRECTED to substitute Mark Ottovich for Craig H. Mar on the docket and to list said party's address as set forth below, along with the following telephone number: 510-894-1976.

//

---

[1] Although the caption of the motion references "Case No: 3:10-cv-02842-JCS," which case is assigned to the Honorable William H. Alsup, the motion was filed only in Case No. C 09-4181 MMC.

2. Any future filings are to be served on Mark Ottovich at the following address: 37231 Mission Blvd., Fremont, CA 94536-1606.

3. All claims by plaintiff Harvey Ottovich having been dismissed (<u>see</u> Docket Nos. 47, 58), the Clerk is hereby DIRECTED to terminate said party on the docket.

**IT IS SO ORDERED.**

Dated: December 12, 2011

MAXINE M. CHESNEY
United States District Judge