1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MARK OTTOVICH, et al.,                    No. C 09-4181 MMC

12          Plaintiffs,                       **ORDER DIRECTING PLAINTIFF TO
                                              APPEAR AT CASE MANAGEMENT**
13      v.                                    **CONFERENCE**

14  CITY OF FREMONT, et al.,

15          Defendants
                                          /
16

17          The Court having granted the Motion to Withdraw as Attorney of Record, filed

18  November 18, 2011 by Craig H. Mar, and having scheduled a Case Management

19  Conference for January 27, 2012, plaintiff Mark Ottovich is hereby ORDERED to appear in

20  person at the January 27, 2012 Case Management Conference.

21          In light of the parties' recent filing of a Joint Case Management Statement, no further

22  case management statement need be submitted in advance of said conference unless new

23  counsel for plaintiff has been retained in the interim.

24          **IT IS SO ORDERED.**

25

26  Dated: December 12, 2011

27                                            MAXINE M. CHESNEY
                                              United States District Judge

28

*United States District Court*
*For the Northern District of California*