# BERTRAND, FOX & ELLIOT

LAW OFFICES, A PROFESSIONAL CORPORATION

August 1, 2012

Hon. Laurel Beeler
United States Magistrate Judge
Federal Building, 15th Floor, Courtroom C
450 Golden Gate Avenue
San Francisco, CA  94102

     Re:   *Ottovich v Fremont et al.*
           U.S.D.C., Northern District California Case No. CV09-4181 MMC-LB
           Our File No. FRE 4571
           **REQUEST FOR PERMISSION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE**

Dear Judge Beeler:

    This firm represents the Fremont Police Officer defendants, Ricardo Cortes, Keith Farmer, Kenneth Heininge, Mark Dang and William Settle.  This matter is currently set for settlement conference in your court on August 20, 2012.

    Defendant Officer Kenneth Heininge is now retired from the Fremont police force and is residing in Oregon where he is currently attending college as a full time student.  It would create a significant hardship for Mr. Heininge to travel from Oregon to attend the settlement conference in person.  We therefore request the Court's permission for Mr. Heininge to attend by telephone.

    We also note that the parties will shortly be submitting a stipulation to continue the settlement conference date from August 20, 2012 to a date in early October, 2012.  The alternative dates suggested in the stipulation are October 1, 3 or 5, 2012.

    Thank you for your attention to this request.

                                Very truly yours,

                              BERTRAND, FOX & ELLIOT

                              /s/
                              Arlene Helfrich

AH/ns
cc: Mark Ottovich [via U.S. Mail]

Date: September 18, 2012

**APPROVED**
Judge Laurel Beeler

The Waterfront Building
2749 Hyde Street
San Francisco, California 94109

**Arlene Helfrich**
ahelfrich@bfesf.com

Telephone (415) 353-0999 ext. 109
Facsimile (415) 353-0990