UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARK OTTOVICH,<br><br>           Plaintiff,<br>    v.<br><br>CITY OF FREMONT,<br><br>           Defendant, et al.<br>_____/ | No. C 09-04181 MMC (LB)<br><br>**ORDER VACATING OCTOBER 1, 2012 SETTLEMENT CONFERENCE AND DIRECTING THE PARTIES TO MEET AND CONFER REGARDING A NEW DATE** |

    A settlement conference involving plaintiff Mark Ottovich and defendants Ricardo Cortes, Kenneth Heininge, William Settle, Mark Dang, and Keith Farmer (the "Officer Defendants") is currently scheduled to take place on October 1, 2012 at 9:30 a.m. *See* Notice of Settlement Conference, ECF No. 88; Stipulation to Continue Settlement Conference, ECF No. 92. The Officer Defendants timely submitted their settlement conference papers to the court, but so far the court has received nothing from Mr. Ottovich. *See* Notice of Settlement Conference, ECF No. 88 (describing the settlement conference papers that each party is required to submit one week before the schedule settlement conference). The court also has been informed that Mr. Ottovich currently is scheduled to be deposed on October 3, 2012.

    Given the court's extremely busy calendar, the lack of settlement conference papers from Mr. Ottovich, and Mr. Ottovich's upcoming deposition, the court believes that the court and the parties would be well-served by conducting the settlement conference at a later date. Accordingly, the court **VACATES** the current October 1, 2012 settlement conference and **DIRECTS** the parties to meet

C 09-04181 MMC (LB)
ORDER

and confer during Mr. Ottovich's deposition about the submission of his settlement conference papers and about a possible new date for the settlement conference. After this meet and confer session, the parties **SHALL** contact the court's courtroom deputy, Lashanda Scott, at 415-522-3140 to re-schedule the settlement conference.

**IT IS SO ORDERED.**

Dated: September 26, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 09-04181 MMC (LB)
ORDER

2