1  Gregory M. Fox, State Bar No. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  Meaghan A. Snyder, State Bar No. 279392
   BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone:    (415) 353-0999
5  Facsimile:    (415) 353-0990

6  Harvey E. Levine, Esq., State Bar No. 61880
   City Attorney City of Fremont
7  3300 Capitol Avenue
   PO Box 5006
8  Fremont, CA 94537-5006
   Telephone: (510) 284-4030
9  Facsimile: (510) 284-4031

10 Attorneys for Defendants CITY OF FREMONT POLICE OFFICERS
   KEITH FARMER, KENNETH HEININGE,
11 MARK DANG, RICARDO CORTES, WILLIAM SETTLE

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

| | |
|---|---|
| 16  MARK OTTOVICH, HARVEY OTTOVICH, individuals, | Case No.: CV09-4181 MMC |
| 17              Plaintiffs,<br>18       vs. | [PROPOSED] ORDER DIRECTING PLAINTIFF TO APPEAR FOR DEPOSITION |
| 19  CITY OF FREMONT: CITY OF FREMONT POLICE OFFICERS, RICARDO CORTES AS DOE 1, SARGEANT HEININGE AS DOE 2, OFFICER SETTLE AS DOE 3, OFFICER DANG AS DOE 4, Farmer as doe 5, VETERANS ADMINISTRATION PALO ALTO HEALTH CARE SYSTEM AS DOE 6, VETERANS ADMINISTRATION PALO ALTO HEALTH CARE SYSTEM EMPLOYEE JOANIE DROBRICK PATIENT ADVOCATE as Doe 7, DOES 8 THROUGH 25.<br><br>              Defendants. | |

26
27     Pursuant to the Order of this Court dated November 16, 2012, Document Number 98, which
28 granted in part Defendants' Motion For An Order Directing Plaintiff To Appear For Deposition and

1

for Imposition of Sanctions, this Court makes the following Order directing Plaintiff Mark Ottovich to appear and be deposed:

Plaintiff MARK OTTOVICH, is HEREBY ORDERED to appear and submit to deposition at the law offices of Bertrand, Fox & Elliot, located at 2749 Hyde Street, San Francisco, California, pursuant to Federal Rules of Civil Procedure, Rule 30, commencing at **10:00 a.m. on January 23, 2013**.

SO ORDERED.

Dated: _____November 26_____, 2012

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER   DIRECTING PLAINTIFF TO APPEAR FOR DEPOSITION