Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (510) 284-4031

Attorneys for Defendants CITY OF FREMONT POLICE OFFICERS
KEITH FARMER, KENNETH HEININGE,
MARK DANG, RICARDO CORTES, WILLIAM SETTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH, HARVEY OTTOVICH, individuals,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF FREMONT: CITY OF FREMONT POLICE OFFICERS, RICARDO CORTES AS DOE 1, SARGEANT HEININGE AS DOE 2, OFFICER SETTLE AS DOE 3, OFFICER DANG AS DOE 4, Farmer as doe 5, VETERANS ADMINISTRATION PALO ALTO HEALTH CARE SYSTEM AS DOE 6, VETERANS ADMINISTRATION PALO ALTO HEALTH CARE SYSTEM EMPLOYEE JOANIE DROBRICK PATIENT ADVOCATE as Doe 7, DOES 8 THROUGH 25.<br><br>Defendants. | Case No.: CV09-4181 MMC<br><br>[PROPOSED] ORDER DIRECTING PLAINTIFF TO APPEAR FOR DEPOSITION |

Pursuant to the Order of this Court dated November 16, 2012, Document Number 98, which granted in part Defendants' Motion For An Order Directing Plaintiff To Appear For Deposition and

1

for Imposition of Sanctions, this Court makes the following Order directing Plaintiff Mark Ottovich to appear and be deposed:

Plaintiff MARK OTTOVICH, is HEREBY ORDERED to appear and submit to deposition at the law offices of Bertrand, Fox & Elliot, located at 2749 Hyde Street, San Francisco, California, pursuant to Federal Rules of Civil Procedure, Rule 30, commencing at **10:00 a.m. on January 23, 2013**.

SO ORDERED.

Dated: _____November 26_____, 2012

Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE