UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARK OTTOVICH, | No. C 09-04181 MMC (LB) |
| Plaintiff, | **ORDER REGARDAING SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF FREMONT, | |
| Defendant, et al. | |

The undersigned vacated the settlement conference previously set for October 1, 2012 because Plaintiff did not submit an settlement papers and Mr. Ottovich was scheduled to be deposed on October 3, 2012. Order, ECF No. 94 at 1. Now the deposition is scheduled for January 23, 2013. *See* ECF No. 102. By January 31, 2013, the parties shall file an update with the court with three dates for a settlement conference.

**IT IS SO ORDERED.**

Dated: January 9, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 09-04181 MMC (LB)
ORDER

*United States District Court — For the Northern District of California*