IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH, et al.,

    Plaintiffs,

  v.

CITY OF FREMONT, et al.,

    Defendants.
                                      /

No. C 09-4181 MMC

**ORDER TO SHOW CAUSE**

    On February 22, 2013, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. Counsel for defendants appeared.

    Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than March 8, 2013, why the case should not be dismissed for failure to prosecute or other sanctions imposed.

    If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED**.

Dated: February 22, 2013

                                              MAXINE M. CHESNEY
                                              United States District Judge