IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF FREMONT, et al.,<br><br>    Defendants. | No. C 09-4181 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY** |

    Before the Court is plaintiff Mark Ottovich's response, filed March 8, 2013, to the Court's February 22, 2013 Order to Show Cause, in which response plaintiff requests leave to file documents in the above-titled action electronically.

    Plaintiff's request is hereby GRANTED, on condition that plaintiff first register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating he has received his e-filing password. If such notice is filed, the Court will assign the case to the Electronic Case Filing Program, pursuant to General Order No. 45. Other than the notice referred to above, all documents shall be filed

on paper unless and until the Court assigns the above-titled case to the Electronic Case Filing Program.

**IT IS SO ORDERED**.

Dated: March 15, 2013

_____
MAXINE M. CHESNEY
United States District Judge