IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH, et al.,

    Plaintiffs,

v.

CITY OF FREMONT, et al.,

    Defendants.
_____/

No. C 09-4181 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTIONS TO CLERK**

    On February 22, 2013, after plaintiff failed to appear at a regularly scheduled Case Management Conference, the Court issued an Order to Show Cause, directing plaintiff to show cause why the case should not be dismissed for failure to prosecute. On March 8, 2013, plaintiff filed a response stating his brother was in the hospital on the date of the Case Management Conference. Although plaintiff does not state when that hospitalization began or how it interfered with his ability to attend the Case Management Conference, or even how such hospitalization would have precluded him from, at a minimum, notifying the Court and counsel for the opposing party of any difficulty it presented for him, the Court will accept his explanation and hereby DISCHARGES the order to show cause.[1]

---

[1] Plaintiff should be aware, however, that, as the party who initiated the instant action, he is expected to comply with all Court orders and rules and, in that regard, is held to the same standards as a party who is represented by counsel. It is unlikely that the Court will continue to accept excuses of the type being offered in plaintiff's present response. As to future appearances in court, plaintiff is hereby ORDERED to personally appear at the Case Management Conference now scheduled for March 29, 2013.

1    The Court next addresses two requests included in plaintiff's response: a request for permission to file and receive documents electronically and a request that the Court reconsider its order of November 16, 2013 imposing sanctions, as well as a notice of change of address.  As to the first request, the Court by separate order filed concurrently herewith has granted plaintiff permission to file documents in the instant-action electronically.  As to the second request, plaintiff is hereby advised that if he seeks reconsideration of a Court order, he must file a motion for permission to so move, in accordance with Rule 7-9 of the Civil Local Rules of this district.

   Lastly, the Clerk of Court is hereby DIRECTED to substitute on the docket the following address for plaintiff's current address of record:

> Mark Ottovich
> 36224 Pecan Court
> Fremont, CA 94536

**IT IS SO ORDERED**.

Dated: March 15, 2013

MAXINE M. CHESNEY
United States District Judge