Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendant CITY OF FREMONT
KEITH FARMER, KENNETH HEININGE,
MARK DANG, RICARDO CORTES, WILLIAM SETTLE.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH AND HARVEY OTTOVICH,<br><br>              Plaintiffs,<br>     vs.<br><br>CITY OF FREMONT, et al.,<br><br>              Defendants. | Case No.:  CV09-4181 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF MARK OTTOVICH'S MOTIONS FOR RELIEF FROM DISCOVERY SANCTIONS AND MOTION TO RE-OPEN DISCOVERY;**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by the parties hereto, defendant CITY OF FREMONT and its individual defendant officers by and through their attorneys of record, Gregory M. Fox, and plaintiff pro se MARK OTTOVICH, that the date currently set for hearing plaintiff's Motion to Re-open Discovery and Motion to Reconsider Sanctions and to Vacate Order of November 16, 2012 be continued from May 31, 2013 at 9:00 a.m. to the date of the next scheduled Case Management Conference on June 28, 2013, at 10:30 a.m.

Good cause exists for this continuance in that plaintiff pro se Mark Ottovich has a calendar

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO RECONSIDER DISCOVERY SANCTIONS AND TO RE-OPEN DISCOVERY

conflict with the currently scheduled May 31, 2013 hearing date. Counsel for defendants has no objection to continuing the hearing on plaintiffs' motions until the CMC date. Opposition and Reply filing dates are re-scheduled June 7 and June14, 2013 respectively.

Respectfully submitted.

Dated:  May 7, 2013                                       BERTRAND, FOX & ELLIOT

By: _____/s/_____
Gregory M. Fox
Attorneys for Defendant CITY OF FREMONT

Dated:  May 7, 2013

By: _____/s/_____
Plaintiff Pro Se MARK OTTOVICH

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: May 7, 2013                                        _____/s/_____
Gregory M. Fox

## **ORDER**

Good cause appearing, the date for the hearing on plaintiff's Motion to Re-open Discovery and Motion to Reconsider Sanctions and to Vacate Order of November 16, 2012 is CONTINUED from May 31, 2013 at 9:00 a.m. to June 28, 2013, at 9:00 a.m. Opposition and Reply filing dates are re-scheduled to June 7 and June14, 2013 respectively. As a meaningful Case Management Conference cannot be held while said motions are pending, the Case Management Conference is CONTINUED to July 26, 2013.

SO ORDERED.

Dated: _____May 10____, 2013

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO RECONSIDER DISCOVERY SANCTIONS AND TO RE-OPEN DISCOVERY