IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH, et al.,

    Plaintiffs,

  v.

CITY OF FREMONT, et al.,

    Defendants.
                                     /

No. C 09-4181 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO MAKE SPECIAL APPEARANCE**

      Before the Court is plaintiff Mark Ottovich's Motion for Leave to Make Special Appearance, filed May 22, 2013. Plaintiff, who is proceeding pro se, requests this Court to issue an order permitting an attorney to make a special appearance on his behalf to make oral argument at the hearing scheduled for June 28, 2013. No Rule of Civil Procedure provides for an attorney to make a special appearance for a party at a hearing. See, e.g., Hamilton v. Willms, No. 02-6583, 2008 WL 436932 at *3 (E.D. Cal. Feb. 14, 2008). Nor do the Civil Local Rules of this District provide for such a procedure.

      Accordingly, plaintiff's motion is hereby DENIED. If plaintiff's counsel wishes to make oral argument at the hearing, he must file a Notice of Appearance pursuant Rule 5-1(c)(2) of the Civil Local Rules of this District.

**IT IS SO ORDERED**.

Dated: May 29, 2013

                                                    MAXINE M. CHESNEY
                                                    United States District Judge