United States District Court

For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARK OTTOVICH, et al.,                    No. C 09-4181 MMC

11              Plaintiffs,                    **ORDER VACATING JUNE 28, 2013
                                               HEARING ON PLAINTIFF'S MOTION TO
12     v.                                      REOPEN DISCOVERY AND MOTION
                                               FOR LEAVE TO FILE MOTION FOR
13   CITY OF FREMONT, et al.,                  RECONSIDERATION OF SANCTIONS**

14              Defendants.

15   _____/

16        Before the Court are plaintiff Mark Ottovich's (1) Motion to Reopen Discovery and

17   (2) Motion to Reconsider Sanctions and to Vacate Order of November 16, 2012, both filed

18   April 26, 2013.  Defendants have filed opposition, to which plaintiff has replied.  Having

19   read and considered the papers filed in support of and in opposition to the motion, the

20   Court deems the matter suitable for decision thereon, and hereby VACATES the hearing

21   scheduled for June 28, 2013.

22

23        **IT IS SO ORDERED**.

24   Dated: June 25, 2013

25                                             MAXINE M. CHESNEY
                                               United States District Judge
26

27

28