IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF FREMONT, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-4181 MMC<br><br>**ORDER DIRECTING PLAINTIFF OTTOVICH TO SUBMIT CHAMBERS COPY OF OPPOSITION IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On September 23, 2013, plaintiff Mark Ottovich ("Ottovich") filed opposition to defendants' motion to dismiss. Ottovich has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Ottovich is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. This is not the first occasion on which Ottovich has failed to provide a chambers copy. Ottovich is again advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, he may be subject to sanctions, including, but not limited to, striking from the

record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 8, 2013

_____
MAXINE M. CHESNEY
United States District Judge