IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH,

    Plaintiff,

v.

CITY OF FREMONT, et al.,

    Defendants.

No. C-09-4181 MMC

**ORDER VACATING OCTOBER 18, 2013 HEARING ON DEFENDANTS' MOTION TO DISMISS**

    Before the Court is defendants' Motion to Dismiss Action Based on Plaintiff's Failure to Comply With Discovery, filed September 13, 2013. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for OCTOBER 18, 2013.

    **IT IS SO ORDERED.**

Dated: October 16, 2013

MAXINE M. CHESNEY  
United States District Judge