IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK OTTOVICH,

        Plaintiff,

  v.

CITY OF FREMONT, et al.,

        Defendants.
                                      /

No. CV-09-4181 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendants' motion to dismiss is hereby GRANTED and the above-titled action is hereby DISMISSED with prejudice.

    2. Ottovich shall pay to defendants sanctions in the amount of $2390.

Dated: November 5, 2013                            Richard W. Wieking, Clerk

                                                              *Tracy Lucero*

                                                              By: Tracy Lucero
                                                              Deputy Clerk