Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
E-mail: gfox@bfesf.com
        ahelfrich@bfesf.com
        msnyder@bfesf.com

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone:   (510) 284-4030
Facsimile:   (510) 284-4031

Attorneys for Defendants CITY OF FREMONT POLICE OFFICERS
KEITH FARMER, KENNETH HEININGE,
MARK DANG, RICARDO CORTES, WILLIAM SETTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OTTOVICH, HARVEY OTTOVICH, individuals,<br><br>            Plaintiffs,<br>    vs.<br><br>CITY OF FREMONT, et al.<br><br>            Defendants. | Case No.: CV09-4181 MMC<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

  DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS SO ORDERED AND ADJUDIGED

  1. Defendants' motion to dismiss is hereby GRANTED and the above-titled action is hereby DISMISSED with prejudice.

1

2.  Plaintiff Mark Ottovich shall pay to defendants sanctions in connection with the motion to dismiss in the amount of $2,390.  Mark Ottovich shall pay to defendants sanctions previously awarded in connection with defendants' motion to compel Ottovich's attendance at deposition, in the amount of $1,960.   The total sanction award to defendants and against plaintiff Ottovich is $4,350.

3.  Defendants are entitled to costs of suit as prevailing parties.

IT IS SO ORDERED.

Dated:  November 8, 2013



Maxine M. Chesney